# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SHANNON DAVID MCCOY,<br>　　　　　　Appellant,<br>vs.<br>AITOR NARVAIZA; ELKO COUNTY<br>JAIL; MEDALLUS MEDICAL; COLTON<br>DOE; ROSINA DOE; BAILEY DOE;<br>JOANNA DOE; RACHOT<br>VACHAROTHONE; JOHN DOE; AND<br>JANE DOE,<br>　　　　　　Respondents. | No. 83128<br><br>**FILED**<br><br>MAR 0 4 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>　　DEPUTY CLERK |
| SHANNON DAVID MCCOY,<br>　　　　　　Appellant,<br>vs.<br>AITOR NARVAIZA, SHERIFF; BOBBY<br>ADKINS; E. GONZALEZ; JORDAN<br>GREBENC; JOHN HATCH; RICHIE<br>LASPADE; AND MICHAEL SILVA,<br>　　　　　　Respondents. | No. 83129 |
| SHANNON DAVID MCCOY,<br>　　　　　　Appellant,<br>vs.<br>AITOR NARVAIZA, SHERIFF,<br>　　　　　　Respondent. | No. 83130 |

## ORDER DISMISSING APPEALS

These are pro se appeals. Fourth Judicial District Court, Elko County; Kriston N. Hill, Judge.

On November 4, 2021, this court entered an order consolidating these appeals and directing appellant to file and serve a single informal brief or opening brief by December 6, 2021. Appellant did not comply or otherwise communicate with this court. Accordingly, on January 7, 2022, this court entered an order directing appellant to file and serve, by January

SUPREME COURT<br>OF<br>NEVADA<br><br>(O) 1947A

22-06943

21, 2022, either an informal brief or an opening brief. The order cautioned that failure to comply could result in the dismissal of these appeals as abandoned. To date, appellant has not filed an informal brief or an opening brief or otherwise communicated with this court. As it appears that appellant has abandoned these appeals, this court

ORDERS these appeals DISMISSED.


_____, J.
Silver


_____, J.        _____, J.
Cadish                                              Pickering


cc:     Hon. Kriston N. Hill, District Judge
        Shannon David McCoy
        Attorney General/Carson City
        Erickson Thorpe & Swainston, Ltd.
        Elko County District Attorney
        Elko County Clerk